```
SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com
```

Attorneys for Plaintiff,
MOISES VILLALOBOS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES VILLALOBOS,<br><br>    Plaintiff,<br><br>    vs.<br><br>RAMCAST ORNAMENTAL SUPPLY COMPANY, INC.; ISMAEL RAMIREZ, AS GENERAL PARTNER OF RAMIREZ PROPERTIES, A GENERAL PARTNERSHIP; and DOES 1 to 10,<br><br>    Defendants. | **Case No.: 2:25-cv-02384-MEMF (ASx)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff MOISES VILLALOBOS ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED:  July 24, 2025                               **SO. CAL EQUAL ACCESS GROUP**

                                                                       */s/ Jason J. Kim*
                                                         JASON J. KIM
                                                         Attorney for Plaintiff